COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-051-CV

LEO WENTZ AND APPELLANTS

BRAC WARDLAW

V.

BRENT IPOCK AND MARIA IPOCK
 APPELLEES

------------

FROM THE 48TH
 
DISTRICT COURT OF TARRANT COUNTY

------------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered “Appellant’s Motion To Dismiss Appeal.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.  
See
 
Tex. R. App. P
. 42.1(d).

PER CURIAM 

PANEL D: DAUPHINOT, HOLMAN and GARDNER, JJ.

DELIVERED: April 7, 2005

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.